No. 11–10049.   HONESTO v. FOGEL, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ET AL., *ante*, p. 929.   Petition for rehearing denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 12–5270.   CARDONA v. UNITED STATES, *ante*, p. 904.   Petition for rehearing denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5332.   STEELE v. TURNER BROADCASTING SYSTEM, INC., ET AL.; STEELE v. VECTOR MANAGEMENT ET AL.; STEELE v. BONGIOVI ET AL.; and STEELE v. RICIGLIANO, *ante*, p. 933.   Petition for rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 12–5370.   FRANKEL, AKA STEVENS, AKA KING v. UNITED STATES, *ante*, p. 933.   Petition for rehearing denied.   JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

## NOVEMBER 30, 2012

*Certiorari Granted*

No. 12–142.   MUTUAL PHARMACEUTICAL CO., INC. v. BARTLETT.   C. A. 1st Cir.   Certiorari granted.

No. 12–398.   ASSOCIATION FOR MOLECULAR PATHOLOGY ET AL. v. MYRIAD GENETICS, INC., ET AL.   C. A. Fed. Cir.   Certiorari granted limited to Question 1 presented by the petition.